**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VINCENT EDWARD TURNER, ) | |
| ) | |
| Petitioner, ) | 3:09-cv-00219-RCJ-RAM |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| HOWARD SKOLNIK, *et al.*, ) | |
| ) | |
| Respondents. ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, in which petitioner, a state prisoner, is represented by counsel. Pending before the court is respondents' motion to dismiss. (Docket #20.) In their motion, respondents assert that petitioner has pending before the state courts a petition for post-conviction relief addressing one of the claims at issue in the present motion to dismiss. Accordingly, it is **HEREBY ORDERED** that petitioner shall, within five (5) days of receipt of this order, file with the court and serve on respondents, a brief status report, explaining the current status of petitioner's petition in state court.

DATED this 24th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE