UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT EDWARD TURNER,  )<br>  )<br>      Petitioner,   )<br>  )<br>vs.   )<br>  )<br>HOWARD SKOLNIK, *et al.,*   )<br>  )<br>      Respondents.   )<br>_____/ | 3:09-cv-00219-RCJ-RAM<br><br>**ORDER** |

   This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, in which petitioner, a state prisoner, is represented by counsel, Mary Beth Gardner, Esq.  On September 20, 2010, the court granted respondents' motion to dismiss and administratively closed this case because of petitioner's pending post-conviction petition in state court. (ECF No. 36.)  The court advised the petitioner that he may, within thirty days of the resolution of his state court matter, file a motion to reopen this case in which he must address any relevant statue of limitations issues.

   Petitioner has recently filed several documents in *pro se*, but has not filed any documents through counsel.  Accordingly, it is **HEREBY ORDERED** that petitioner, through counsel, shall, within **20 (twenty) days** of the filing of this order, submit to the court and serve on respondents, a brief status report, explaining the current status of petitioner's petition in state court and the current status of the instant case.  The court advises petitioner that because he is represented by counsel, he may not file documents in *pro se* and must proceed through counsel.  *See* Local Rule IA, 10-6.

DATED this 7th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE