FILED ✓   RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 17 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT EDWARD TURNER, | 3:09-cv-00219-RCJ-RAM |
| Petitioner, | **ORDER** |
| vs. | |
| HOWARD SKOLNIK, *et al.*, | |
| Respondents. | |

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. §2254, filed by Vincent Edward Turner, a Nevada prisoner represented by counsel. Petitioner's counsel has responded to the court's order to show cause (ECF #65) and has explained to this court's satisfaction why she has failed to file an amended petition in compliance with this court's order dated January 30, 2013 (ECF #62).

**IT IS THEREFORE ORDERED** that petitioner shall have **thirty (30) days** from the date of entry of this order to file and serve an amended petition and supplemental exhibits. Supplemental exhibits shall be labeled in sequential order consistent with the exhibits already filed in this case.

**IT IS FURTHER ORDERED** that respondents shall have **thirty (30) days** following service of the amended petition to file and serve an answer or other response to the amended petition.

1 | In their answer or other response, respondents shall address any claims presented by petitioner in his petition as well as any claims presented by petitioner in any Statement of Additional Claims. Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. **Successive motions to dismiss will not be entertained**. If an answer is filed, respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the United States District Courts under 28 U.S.C. §2254.

   **IT IS FURTHER ORDERED** that if an answer is filed, petitioner shall have **thirty (30) days** following service of the answer to file and serve a reply brief.

   **IT IS FURTHER ORDERED** that the hard copy of any additional state court record exhibits shall be forwarded – for this case – to the staff attorneys in Reno. The parties are encouraged to consult on joint exhibits and/or to avoid duplicative filing of exhibits.

   Dated this 17th day of May, 2013.

   _____
   UNITED STATES DISTRICT JUDGE