# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VINCENT TURNER,

    Petitioner,

vs.

HOWARD SKOLNIK, et al.,

    Respondents.

Case No. 3:09-cv-00219-RCJ-RAM

**ORDER**

    The court directed petitioner's counsel to show cause why she had not filed an amended petition for a writ of habeas corpus. Order (#68). Counsel has responded (#69) that she is unable to continue representing petitioner and requests to withdraw from the action. The court notes that it has granted a similar request by counsel in Greene v. Baker, 3:09-cv-00601-RCJ-VPC. The interests of justice would not be harmed by allowing counsel to withdraw and by the appointment of substitute counsel.

    IT IS THEREFORE ORDERED that the representation of petitioner by Mary Beth Gardner is **TERMINATED**.

///
///
///
///
///
///

IT IS FURTHER ORDERED that the clerk of the court shall forward a copy of this order to the CJA Coordinator, who shall locate substitute counsel for petitioner.  The clerk of the court also shall send a copy of this order to petitioner himself, Vincent Edward Turner, #60569, Northern Nevada Correctional Center, P.O. Box 7000, Carson City, NV 89702.

Dated:   May 27, 2014.

_____
ROBERT C. JONES
United States District Judge