# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VINCENT TURNER,

    Petitioner,

vs.

HOWARD SKOLNIK, et al.,

    Respondents.

Case No. 3:09-cv-00219-RCJ-RAM

**ORDER**

    Respondents having submitted a motion for enlargement of time (second request) (#99), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (second request) (#99) is **GRANTED**.  Respondents shall have through May 13, 2016, to file and serve an answer to the first amended petition.

    DATED: This 21st day of April, 2016.

_____
ROBERT C. JONES
United States District Judge